| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Carey, Kevin J. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of Delaware | 3. Date of Report<br><br>06/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>United States Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor<br>Wilmington, DE 19801 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | Member, Board of Trustees, Executive Board | Turnaround Management Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 06/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual and Treatise | $10,800.00 |
| 2. 2012 | Temple University Beasley School of Law (teaching) | $8,667.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ▆▆▆▆▆▆ LLC (Wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | January 18-20, 2012 | Las Vegas, NV | Distressed Investing Conference - Panelist and Board of Trustees Meeting (Member) | Airfare, Lodging, Meals, Local Transportation, Program Fee |
| 2. | Association of Restructuring Advisors | January 25, 2012 | New York, NY | 7th Annual Bankruptcy Restructuring Event - Panelist | Amtrak, Parking, Parking Fee |
| 3. | M&A Advisors | January 30, 2012 | West Palm Beach, FL | Distressed Investing Symposium - Panelist | Airfare, Lodging, Local Transportation, Parking, Mileage, Program Fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 06/04/2013 |

| | | | | |
|---|---|---|---|---|
| 4. | National Conference of Bankruptcy Judges | March 19-21, 2012 | Miami Beach, FL | Mid-Year Meeting - Attendee (Committee Member) | Airfare, Lodging, Local Transportation, Parking, Meals, Program Fee |
| 5. | Turnaround Management Association | April 3-4, 2012 | Atlanta, GA | Spring Conference - Panelist and Board of Trustees Member | Airfare, Lodging, Local Transportation, Parking, Mileage, Baggage Fees, Program Fee |
| 6. | American Bankruptcy Institute | April 19-22, 2012 | National Harbor, MD | Spring Meeting - Board Member and Panelist | Lodging, Parking, Meals, Mileage, Tolls, Program Fee |
| 7. | New York Institute of Credit | June 5, 2012 | New York, NY | 93rd Annual Awards Banquet - Award Recipient | Mileage, Lodging, Parking, Tolls |
| 8. | American Bankruptcy Institute | August 2-4, 2012 | National Harbor, MD | Mid-Atlantic Workshop - Panelist | Mileage, Lodging, Parking, Tolls, Program Fee |
| 9. | National Conference of Bankruptcy Judges | September 12, 2012 | Washington, DC | Congressional Reception - Attendee | Amatrak, Lodging, Parking, Tolls, Local Transportation, Meals |
| 10. | Pennsylvania Bar Institute | September 20, 2012 | Philadelphia, PA | Annual Bankruptcy Institute - Panelist | Mileage, Parking, Program Fee |
| 11. | American Bankruptcy Institute | October 4-5, 2012 | Washington, DC | Georgetown Views from the Bench - Panelist | Amtrak, Lodging, Parking, Meals, Program Fee |
| 12. | American Bankruptcy Institute | October 17, 2012 | New York, NY | LSTA 17th Annual Conference - Attendee on behalf of ABI Chapter 11 Reform Commission | Amtrak, Parking, Local Transportation |
| 13. | National Conference of Bankruptcy Judges | October 23-27, 2012 | San Diego, CA | Annual Meeting - Committee Member and Panelist | Airfare, Lodging, Parking, Local Transportation, Meals, Program Fee |
| 14. | Turnaround Management Association | October 32-November 3, 2012 | Boston, MA | Annual Convention - Board of Trustees Member and Panelist | Airfre, Lodging, Parking, Local Transportation, Meals, Program Fee |
| 15. | Association of Insolvency and Restructuring Advisors | November 19, 2012 | New York, NY | "New York" Program - Panelist | Amtrak, Parking, Local Transportation, Program Fee |
| 16. | Allegheny County Bar Association | December 6-7, 2012 | Pittsburgh, PA | Bankruptcy Symposium - Panelist | Airfare, Parking, Program Fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 06/04/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIA Card Services (formerly Wachovia) | Line of Credit | J |
| 2. | Citibank VISA | Credit Card | K |
| 3. | American Express Optima | Credit Card | K |
| 4. | Barclaycard (formerly Bank of America - USAir) | Credit Card | K |
| 5. | American Express | Credit Card | K |
| 6. | TD Bank | Credit Card | J |
| 7. | Sears | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.                LLC 401(k) | C | Dividend | L | T | | | | | |
| 2.     Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3.     PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 06/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 06/04/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544